### THE BELLE OF THE COAST.

### FIGGANS v. AIKEN.

(Circuit Court of Appeals, Fifth Circuit. May 28, 1895.)

No. 373.

LIBEL FOR PERSONAL INJURIES—EVIDENCE.

Appeal from the District Court of the United States for the Eastern District of Louisiana.

This was a libel by Baptiste Figgans against the steamboat Belle of the Coast to recover damages sustained by libelant, who was employed on board said boat, by reason of having his fingers crushed between the ends of two barrels while engaged in loading sugar at the landing at Pike's Peak, on the Mississippi river. The district court dismissed the libel, and the libelant has appealed.

W. W. Handlin, for appellant.

E. H. Farrar, B. F. Jonas, E. B. Kruttschnitt, and Hewes T. Gurley, for appellee.

Before PARDEE and McCORMICK, Circuit Judges, and BRUCE, District Judge.

PER CURIAM. Only facts are involved in this case. On the evidence, the district judge found against the libelant, and we find the same way. The decree appealed from is affirmed.